UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Bernal-Ibavra et al., ) <br> Defendant(s) ) <br> ) | 08 CR 1323-BEN <br> CRIMINAL NO. 08 MJ 1117 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

**Enrique Martinez - Sandoval**

DATED: 4/24/08

_____
Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
        DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by
                              Deputy Clerk