

FILED

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08 CR 1323-BEN |
| Plaintiff, | ) |
| | ) I N F O R M A T I O N |
| v. | ) |
| | ) Title 8, U.S.C., |
| ROGELIO BERNAL-IBARRA (1), | ) Secs. 1324(a)(1)(A)(ii) and |
| JUAN MARTINEZ-LEYVA (2), | ) (v)(II) - Transportation of |
| | ) Illegal Aliens and Aiding and |
| Defendants. | ) Abetting |
| | ) |

The United States Attorney charges:

On or about April 9, 2008, within the Southern District of California, defendants ROGELIO BERNAL-IBARRA and JUAN MARTINEZ-LEYVA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Carlos Campos-Reyes, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 4/24/08 .

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
4/14/08